### Benjamin M. Mumford v. Peter A. Cammann.

THIS was an application to change the *venue* from the county of *Kings*, to the city and county of *New-York*, on an affidavit, that all the witnesses of the defendant resided in the city of *New-York*.

*Per Curiam.* The rule we have laid down, as to allowing the defendant to bring back the *venue*, when his witnesses reside in the county to which it is to be

removed, and the plaintiff does not show he has any where it is laid, cannot apply to a case like the present. The court-house of the county of *Kings* is so contiguous to the city of *New-York*, that there is no hardship in carrying witnesses from one place to the other. There is hardly a county in the state, in which the witnesses who attend a trial, do not travel further than they will in the present suit. Take nothing by the motion.